# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MARTINEZ, JOSE E. | 2. Court or Organization<br><br>DISTRICT COURT - S DIST OF FL | 3. Date of Report<br><br>05/09/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>400 N. MIAMI AVENUE<br>ROOM 10-2<br>MIAMI, FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting Individual only; see pp. 14-16 of filing Instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Martinez, Jose E.**

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | TEACHING A CLASS AT THE UNIV. OF MIAMI IN CORAL GABLES, FLORIDA: "LITIGATION SKILLS PROGRAM" FOR TWO SEMESTERS 1/21/10-4/17/10 AND 9/1/10-11/17/10. | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INDEPENDENCE MEDIA OF FLORIDA, LLC | NOVEMBER 30, 2009 | TAMPA, FL | FOOTBALL ANNOUNCER | ROOM, MEALS, POSTAGE |
| 2. | INDEPENDENCE MEDIA OF FLORIDA, LLC | JANUARY 19, 2010 | ORLANDO, FL | FOOTBALL ANNOUNCER | ROOM, MEALS, PARKING, TOLLS |
| 3. | THE FLORIDA BAR | JUNE 24, 2010 | TALLAHASSEE, FL | ROUNDTABLE | ROOM, MILEAGE |
| 4. | INDEPENDENCE MEDIA OF FLORIDA, LLC | MAY 24 - 28, 2010 | GREENSBORO, NC | BASEBALL ANNOUNCER | ROOM, MEALS, CAR, RADIO FEE, AIR FARE |
| 5. | INDEPENDENCE MEDIA OF FLORIDA, LLC | JUNE 15, 2010 | GAINESVILLE, FL | BASEBALL ANNOUNCER | ROOM, MEALS, CAR GAS |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 03/09/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | INDEPENDENCE MEDIA OF FLORIDA, LLC | SEPTEMBER 10, 2010 | COLUMBUS, OH | FOOTBALL ANNOUNCER | ROOM, MEALS |
| 7. | INDEPENDENCE MEDIA OF FLORIDA, LLC | SEPTEMBER 27, 2010 | PITTSBURGH, PA | FOOTBALL ANNOUNCER | ROOM, MEALS |
| 8. | INDEPENDENCE MEDIA OF FLORIDA, LLC | OCTOBER 4, 2010 | GREENVILLE, SC | FOOTBALL ANNOUNCER | ROOM, MEALS |
| 9. | INDEPENDENCE MEDIA OF FLORIDA, LLC | OCTOBER 19 - 20, 2010 | DURHAM, NC | FOOTBALL ANNOUNCER | ROOM, TELEPHONE |
| 10. | INDEPENDENCE MEDIA OF FLORIDA, LLC | OCT. 29 - NOV. 13, 2010 | ATLANTA, GA | FOOTBALL ANNOUNCER | ROOM, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN ELECTRIC POWER CO | A | Dividend | J | T | | | | | |
| 2. DOMINION DIRECT | B | Dividend | L | T | | | | | |
| 3. SOUTHERN COMPANY | A | Dividend | K | T | | | | | |
| 4. WESTAR ENERGY INC | A | Dividend | J | T | | | | | |
| 5. MCDONALDS CORPORATION | A | Dividend | J | T | | | | | |
| 6. UNIVERSITY CREDIT UNION | A | Interest | K | T | | | | | |
| 7. ING DIRECT | B | Interest | M | T | | | | | |
| 8. WELLS FARGO (FKA WACHOVIA) DEP SWEEP | A | Interest | J | T | | | | | |
| 9. IRA #1 WELLS FARGO (FKA WACHOVIA)DEP SWEEP | A | Interest | J | T | | | | | |
| 10. IRA #2 WELLS FARGO (FKA WACHOVIA) DEP SWEEP ACCOUNT | A | Interest | J | T | | | | | |
| 11. LEGG MASON PARTNERS CAP FUND INC CL C | | None | L | T | | | | | |
| 12. LEGG MASON PARTNERS AGGRESS GROWTH FD CL C | | None | K | T | | | | | |
| 13. IRA #1 LEGG MASON PRTNRS AGGRESS GRWTH FDCL | | None | K | T | | | | | |
| 14. IRA #1 LEGG MASON PRTNRS CAP FD INC CL C | | None | K | T | | | | | |
| 15. IRA #2 LEGG MASON PARTNERS AGGRESSIVE GROWTH FD CL C | | None | K | T | | | | | |
| 16. IRA #2 LEGG MASON PARTNERS CAP FD INC CL C | | None | L | T | | | | | |

1. Income Gain Codes:　　　　　　A =$1,000 or less　　　　　B =$1,001 - $2,500　　　　　C =$2,501 - $5,000　　　　　D =$5,001 - $15,000　　　　　E =$15,001 - $50,000
(See Columns B1 and D4)　　F =$50,001 - $100,000　　　　G =$100,001 - $1,000,000　　　H1 =$1,000,001 - $5,000,000　　H2 =More than $5,000,000
2. Value Codes　　　　　　　　　J =$15,000 or less　　　　　　K =$15,001 - $50,000　　　　　L =$50,001 - $100,000　　　　M =$100,001 - $250,000
(See Columns C1 and D3)　　N =$250,001 - $500,000　　　　O =$500,001 - $1,000,000　　　P1 =$1,000,001 - $5,000,000　　P2 =$5,000,001 - $25,000,000
　　　　　　　　　　　　　　　P3 =$25,000,001 - $50,000,000　　　　　　　　　　　　　　P4 =More than $50,000,000
3. Value Method Codes　　　　Q =Appraisal　　　　　　　　R =Cost (Real Estate Only)　　S =Assessment　　　　　　　T =Cash Market
(See Column C2)　　　　　　U =Book Value　　　　　　　V =Other　　　　　　　　　　W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS, LINE 17: ALTHOUGH THE SOFTWARE ALLOWED US TO DELETE LINE 17, IT PRINTS AS A BLANK LINE. THEREFORE, PAGE 6 OF 8 PRINTS BUT CONTAINS NO INFORMATION.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/09/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI E SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544